1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  MICHAEL A. KEOUGH (NYRN 5199666)
   Assistant United States Attorney
4
5     1301 Clay Street, Suite 340S
      Oakland, California 94612-5217
      Telephone: (510) 637-3721
6     Facsimile:  (510) 637-3724
      michael.keough@usdoj.gov
7
   *Attorneys for Defendant*
8  *United States of America*

9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13 Ms. R.H.; S.M.R., a minor child; J.M.R., a ) Case No. 5:23-CV-5793-EKL
   minor child,                              )
14                                           ) **JOINT STIPULATOIN REGARDING STAY;**
       Plaintiffs,                       ) ~~[PROPOSED]~~ **ORDER**
15                                           )
     v.                                    )
16                                           )
   UNITED STATES OF AMERICA,                 )
17                                           )
       Defendant.                        )
18 _____)

19

20       Subject to the Court's approval, Plaintiffs and Defendant, through their undersigned counsel of

21 record, hereby stipulate as follows:

22       1.     At midnight on September 30, 2025, the appropriations act that had been funding the

23 Department of Justice expired and appropriations to the Department lapsed. The same is true for other

24 Executive Branch agencies, including the federal Defendant. The date when funding will be restored by

25 Congress has not been established.

26       2.     Defendant has conveyed the following to Plaintiff:

27           a.     The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General,

28 provides that in the absence of appropriated funds no obligation can be incurred except for the protection

of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys (and employees of federal agencies) are prohibited from working, even on a volunteer basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

      b. Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

      c. In addition, the work of employees from federal agencies is also necessary to litigate this case. If the requested stay is denied, the work needed from the agencies may not be possible.

3. The parties therefore request a stay of all deadlines and hearings, including the upcoming case management conference, until Congress has restored appropriations to the Department of Justice and the government shutdown ends.

4. If this stay is granted, counsel for the United States will promptly notify the Court as soon as the government shutdown has ended. If necessary given the circumstances of this case, within two weeks of the government reopening, the parties will confer to discuss any modifications to the case schedule and submit a joint proposed schedule for the remainder of litigation.

IT IS SO STIPULATED.

DATED: October 1, 2025          Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Michael A. Keough*
MICHAEL A. KEOUGH
Assistant United States Attorney
Counsel for Federal Defendant

DATED: October 1, 2025          Respectfully submitted,

s/ *Johnathan Chai**
JOHNATHAN CHAI

*Attorney for Plaintiffs*

\* *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1. This case is hereby STAYED until after the shutdown of the federal government has ended and appropriations to the Department of Justice have been restored;

2. All deadlines in this case are extended for a period of time commensurate with the duration of the lapse in appropriations; and

3. The Government will promptly notify the Court as soon as the government shutdown has ended and, if necessary given the circumstances of this case, confer with opposing counsel and submit within two weeks a joint proposed schedule for the remainder of litigation.

IT IS SO ORDERED.

DATED: October 7, 2025

_____
HON. EUMI K. LEE
United States District Judge